CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 23 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| VERNON L. HENLEY, | ) | |
| Plaintiff, | ) | Civil Action No. 7:05cv00663 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| DR. DAVID W. BARNES, | ) | By: Jackson L. Kiser |
| Defendants. | ) | Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED** and **ORDERED** that defendant's motion for summary judgment is hereby **GRANTED**; this action shall be and hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. 28 U.S.C. § 1915(e)(2)(B)(ii); and this case will be **STRICKEN** from the active docket of the court

Plaintiff is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Civil Procedure by filing a notice of appeal with this court within thirty (30) days of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5) or 4(a)(6).

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff and counsel of record for the defendants.

ENTER: This 23rd day of March, 2006.

/s/ Jackson L. Kiser
Senior U.S. District Judge